## Frank C. Dixon, Appellee, v. Smith-Wallace Shoe Company, Appellant.

### Gen. No. 22,551.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the October term, 1916. Reversed with judgment of *nil capiat* and for costs. Opinion filed March 12, 1917. Rehearing denied March 26, 1917.

### Statement of the Case.

Action by Frank C. Dixon, plaintiff, against Smith-Wallace Shoe Company, a corporation, defendant, to recover for alleged malicious prosecution of a foreign civil action. From a judgment for plaintiff, defendant appeals.

BROTHERS & FAIRFIELD, for appellant; ELMER D. BROTHERS, of counsel.

BRADY, RUTLEDGE & DEVANEY, for appellee; ANDREW RUTLEDGE, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 228*—*when judgments of courts of record are admissible.* Judgments of courts of record must, to be admissible in evidence, be proven in conformity to Rev. St. ch. 51, sec. 13 (J. & A. ¶ 5530).

2. MALICIOUS PROSECUTION, § 74*—*when evidence is insufficient to establish fact of action or of judgment.* In an action to recover for alleged malicious prosecution of a civil action in a foreign State, the testimony of the plaintiff as to such judgment and of another witness as to such action, *held* to be insufficient to establish the fact of the action or of the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.